UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAX CORPORATION,<br><br>               Plaintiff,<br>    v.<br><br>FLOW INTERNATIONAL CORPORATION,<br><br>               Defendant. | No. C04-2334L<br><br>ORDER |

Having reviewed the parties' "Joint Response to Order to Show Cause and Joint Submission re Technical Advisors," the Court's June 29, 2005, Order to Show Cause is hereby VACATED and the parties are instructed to inform the Court on or before Friday, September 9, 2005, whether the each of the four potential technical advisors is willing to serve in that capacity.

DATED this 25th day of July, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER