UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAX CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br><br>Defendant.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br><br>Counterclaimant,<br><br>v.<br><br>OMAX CORPORATION, a Washington corporation,<br><br>Counterclaim Defendant. | Case No. C04-2334L<br><br>ORDER GRANTING OMAX CORPORATION'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

Counsel for plaintiff Omax Corporation has filed a "Motion for Leave to File Amended Complaint" (Dkt. # 63). Defendant Flow International Corporation concedes that it lacks grounds to oppose the motion on its merits. The Court is persuaded that pursuant to Rule

ORDER GRANTING OMAX
CORPORATION'S MOTION FOR                    1
LEAVE TO FILE AMENDED
COMPLAINT

1 | 15(a), justice requires that Omax be granted leave to file an amended complaint. Fed. R. Civ. P.
2 | 15(a). Omax Corporation's motion for leave to an amended complaint is GRANTED.

4 | DATED this 21st day of September, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

26 | ORDER GRANTING OMAX
27 | CORPORATION'S MOTION FOR         2
   | LEAVE TO FILE AMENDED
28 | COMPLAINT