UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAX CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br><br>    Defendant.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>OMAX CORPORATION, a Washington corporation,<br><br>    Counterclaim Defendant. | Case No.  C04-2334L<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On March 22, 2006, defendant Flow International Corporation ("Flow") filed a motion with related documents that, taken as a whole,

ORDER VACATING
ORDER TO SHOW CAUSE

1   exceeded 50 pages in length (Dkt. # 100–102).  On March 31, 2006, this Court issued an order to show

2   cause, (Dkt. # 123), why defendant should not be sanctioned for failure to comply with this

3   Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. #

4   8), the "Minute Order Setting Trial & Related Dates" (Dkt. # 14).  Defendant Flow subsequently

5   submitted courtesy copies of the documents in question.  The order to show cause is

6   THEREFORE VACATED.

8         DATED this 4th day of April, 2006.

                                                      /s/ Robert S. Lasnik

                                                      Robert S. Lasnik
                                                      United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE                        -2-