UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAX CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br><br>    Defendant.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>OMAX CORPORATION, a Washington corporation,<br><br>    Counterclaim Defendant. | Case No. C04-2334L<br><br>ORDER GRANTING FLOW INTERNATIONAL CORPORATION'S MOTION TO DISMISS WITH LEAVE TO REFILE |

This matter comes before the Court on "Flow's Motion and Memorandum to Stay or Dismiss with Leave to Refile Omax's Motion for Partial Summary Judgment of Invalidity and Unenforceability of Flow's '216 Patent on the Basis of Henning" (Dkt. # 100). In this motion, Flow argues that the Court will be better suited after the claim construction hearing to assess whether Flow's patent counsel

1  intentionally misled the patent examiner during the prosecution of '216 patent.  Flow argues that although
2  Omax stipulates to Flow's constructions of disputed claims for the purpose of its motion, the Court must
3  fully appreciate and determine the meanings of the claims.  The Court agrees.
4         The Court will effect this relief by staying the motion for partial summary judgment on the '216
5  patent and allowing Omax to re-note the motion after claim construction.  At that time, Omax will be
6  permitted to submit a new memorandum of law to accompany the motion if they wish to present new
7  arguments based on the Court's claim construction determinations.
8         For these reasons, IT IS HEREBY ORDERED that Flow's motion to stay (Dkt. # 100) is
9  GRANTED.  In accordance with this relief, "Omax's Motion and Memorandum for Partial Summary
10 Judgment of Invalidity and Unenforceability of Flow's '216 Patent on the Basis of Henning" (Dkt. # 88)
11 is STAYED.

        DATED this 20th day of April, 2005.


                                        /s/ Robert S. Lasnik
                                        Robert S. Lasnik
                                        United States District Judge

ORDER GRANTING FLOW'S
MOTION TO DISMISS WITH                2
LEAVE TO RE-FILE