Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAX CORPORATION, a Washington corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br><br>                      Defendant.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br><br>                      Counterclaimant,<br><br>v.<br><br>OMAX CORPORATION, A Washington corporation<br><br>                      Counterclaim Defendant | Case Number:  CV 04-2334<br><br>STIPULATED ORDER RE RESPONSES TO MOTION TO STRIKE CERTAIN MARKMAN RELATED EVIDENCE [PROPOSED]<br><br>**NOTE FOR CONSIDERATION: JUNE 19, 2006** |

PROPOSED ORDER ON MOTION RE SCHEDULING OF RESPONSES ON MOTION TO STRIKE CERTAIN EVIDENCE - 1
CV 04-2334-RSL

GRAYBEAL JACKSON HALEY
155-108TH AVENUE, SUITE 350
BELLEVUE, WASHINGTON 98004-5973
(425) 455-5575

LAW OFFICE OF RICHARD L. GOFF
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA  98104
(206) 838-1973

June 8, 2006, Flow International Corporation ("Flow"), defendant and counterclaimant, filed a Motion (Docs. # 167-168) for to Strike Certain Markman Related Evidence. OMAX and Flow, through their respective attorneys, have stipulated to an Amended Noting Date and briefing schedule relating to said Motion to Strike, and have also stipulated to the provisions of the Order below relating to a document entitled Flow's Sur-Reply to OMAX's Claim Construction Brief and Supporting Evidence (Local Rule 7(g), Doc. # 186, which Flow filed on June 16, 2006. ("Flow's Sur-Reply").

IT IS HEREBY ORDERED that:

The Noting Date for Flow's Motion to Strike Certain Markman Related Evidence Summary Judgment is hereby changed from June 23, 2006 to June 27, 2006..

Omax's opposition, if any, to Flow's Motion to Strike shall be filed and served on or before June 22, 2006. Flow's reply, if any, shall be filed and served on or before June 27, 2006.

At OMAX's election, it may address contentions and subject matter contained in Flow's Sur-Reply, in its opposition to Flow's Motion to Strike.

.      Done and Ordered in Chambers at the United States Courthouse, Seattle, Washington, this 20th day of June, 2006.

*[signature]*
Robert S. Lasnik
United States District Judge

PROPOSED ORDER ON MOTION RE
SCHEDULING OF RESPONSES ON MOTION
TO STRIKE CERTAIN EVIDENCE - 2
CV 04-2334-RSL

GRAYBEAL JACKSON HALEY
155-108TH AVENUE, SUITE 350
BELLEVUE, WASHINGTON 98004-5973
(425) 455-5575

LAW OFFICE OF RICHARD L. GOFF
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104
(206) 838-1973