Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OMAX CORPORATION,<br>a Washington corporation,<br>      Plaintiff,<br><br>      v.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br>      Defendant.<br><br>FLOW INTERNATIONAL CORPORATION, a Washington corporation,<br>      Counterclaimant,<br><br>      v.<br><br>OMAX CORPORATION,<br>A Washington corporation,<br>      Counterclaim Defendant | CASE NUMBER: CV 04-2334RSL<br><br>ORDER GRANTING JOINT MOTION TO AMEND SCHEDULE |

ORDER GRANTING JOINT MOTION TO
AMEND SCHEDULE -1
CV 04-2334-RSL

GRAYBEAL JACKSON HALEY
155-108ᵀᴴ AVENUE, SUITE 350
BELLEVUE, WASHINGTON 98004-5973
(425) 455-5575

LAW OFFICE OF RICHARD L. GOFF
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104
206-838-1973

This matter is before the Court on the Parties JOINT MOTION TO AMEND SCHEDULE. The Court has considered the Motion. There being no opposition and the Court perceiving Good Cause for the Motion, now therefore,

IT IS HEREBY ORDERED that the schedule for this case shall be adjusted as follows:

| Action | Due Date |
| --- | --- |
| Expert Reports | November 14, 2006 |
| Rebuttal Expert Reports | December 18, 2006 |
| Discovery Completion | January 24, 2007 |
| Dispositive Motions | February 8, 2007 |
| Settlement Conference | February 9, 2007 |
| Mediation | March 9, 2007 |
| Motions in Limine | March 15, 2007 |
| Agreed Pretrial Order | April 16, 2007 |
| Trial Briefs, Proposed Jury Instructions, Voir Dire and Trial Exhibits | May 2, 2007 |
| Trial Begins | May 7, 2007 |

ORDER GRANTING JOINT MOTION TO
AMEND SCHEDULE -2
CV 04-2334-RSL

GRAYBEAL JACKSON HALEY
155-108TH AVENUE, SUITE 350
BELLEVUE, WASHINGTON 98004-5973
(425) 455-5575

LAW OFFICE OF RICHARD L. GOFF
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104
206-838-1973

1  Dated this 7th day of August, 2006

4  _/s/ Robert S. Lasnik_
   Robert S. Lasnik
5  United States District Judge

7  Presented by

| By s/Joshua King | By s/Richard L. Goff |
|---|---|
| Joshua King, WSBA #22244 | Richard L. Goff, WSBA |
| Attorney for Plaintiff | Attorney for Plaintiff |
| Graybeal Jackson Haley LLP | Law Office of Richard L. Goff |
| 155 – 108th Avenue NE, Suite 350 | 1000 Second Avenue, Suite 3310 |
| Bellevue, WA  98004-5973 | Seattle, WA 98104 |
| Telephone:     (425) 455-5575 | Telephone:     (206) 838-1973 |
| Facsimile:       (435) 455-1046 | Facsimile:      (206) 621-6443 |
| E-mail: jking@graybeal.com | E-mail:          rgoff@rgofflaw.com |

| By s/ David H. Binney | By s/ George H. Solveson |
|---|---|
| David H. Binney, WSBA #07576 | George H. Solveson |
| Attorneys for Defendant/Counterclaimant | Aaron T. Olejniczak |
| FLOW INTERNATIONAL CORPORATION | Attorneys for Defendant/Counterclaimant |
| Preston Gates & Ellis, LLP | Andrus, Sceales, Starke & Sawall, LLP |
| 925 Fourth Avenue, Suite 2900 | 100 East Wisconsin Avenue, Suite 1100 |
| Seattle, WA 98104-1158 | Milwaukee, WI 53202 |
| Telephone: (206) 623-7580 | Telephone: (414) 271-7590 |
| Facsimile: 9206) 623-7022 | Facsimile: (414) 271-5770 |
| E-Mail: Daveb@prestongates.com | E-Mail: georges@andruslaw.com |

| ORDER GRANTING JOINT MOTION TO AMEND SCHEDULE -3<br>CV 04-2334-RSL | GRAYBEAL JACKSON HALEY<br>155-108TH AVENUE, SUITE 350<br>BELLEVUE, WASHINGTON 98004-5973<br>(425) 455-5575 | LAW OFFICE OF RICHARD L. GOFF<br>1000 SECOND AVENUE, SUITE 3310<br>SEATTLE, WA 98104<br>206-838-1973 |