UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMAX CORPORATION,

    Plaintiff,

    v.

FLOW INTERNATIONAL CORPORATION,

    Defendant.

FLOW INTERNATIONAL CORPORATION,

    Counterclaimant,

    v.

OMAX CORPORATION,

    Counterclaim Defendant.

Case No. C04-2334L

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On December 28, 2006, defendant filed two memoranda with related documents that, taken as a whole, each exceed 50 pages in length. As of this date, courtesy copies of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial

ORDER TO SHOW CAUSE

1

1  Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 8) and the "Minute Order Setting
2  Trial & Related Dates" (Dkt. #14).  Defendant shall immediately deliver paper copies of the
3  documents filed on December 28, 2006, with tabs or other organizing aids as necessary and
4  clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the
5  Clerk's Office.
6         The Clerk of Court is directed to place this Order to Show Cause on the Court's
7  calendar for January 12, 2007.

11         DATED this 5th day of January, 2007.

                                              /s/ Robert S. Lasnik
                                              _____
                                              Robert S. Lasnik
                                              United States District Judge

ORDER TO SHOW CAUSE
                                              2