UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OMAX CORPORATION,

    Plaintiff,

v.

FLOW INTERNATIONAL CORPORATION,

    Defendant.

FLOW INTERNATIONAL CORPORATION,

    Counterclaimant,

v.

OMAX CORPORATION,

    Counterclaim Defendant.

Case No. C04-2334L

ORDER

This matter comes before the Court *sua sponte*. On January 5, 2007, the Court ordered defendant to deliver a courtesy copy of documents filed on December 28, 2006. Defendant has now done so. The Order to Show Cause (Dkt. #224) is hereby VACATED: defendant need not take any further action in response to the Order to Show Cause.

ORDER

1

DATED this 17th day of January, 2007

*signature*

Robert S. Lasnik
United States District Judge

ORDER

2