UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAX CORPORATION,<br>a Washington corporation,<br><br>                                    Plaintiff,<br><br>     v.<br><br>FLOW INTERNATIONAL<br>CORPORATION, a Washington<br>corporation,<br><br>                                    Defendant.<br>FLOW INTERNATIONAL<br>CORPORATION, a Washington<br>corporation,<br><br>                                    Counterclaimant,<br><br>     v.<br><br>OMAX CORPORATION,<br>A Washington corporation<br><br>                                    Counterclaim Defendant. | Case Number:  CV 04-2334<br><br>ORDER ON MOTION FOR LEAVE<br>TO FILE MOTION UNDER SEAL |

[PROPOSED] ORDER ON MOTION FOR
LEAVE TO FILE MOTION UNDER SEAL
**Case No. CV 04-2334**

ANDRUS, SCEALES, STARKE & SAWALL, LLP
100 EAST WISCONSIN AVENUE
SUITE 1100
MILWAUKEE, WISCONSIN 53202-4178
TELEPHONE (414) 271-7590
FACSIMILE (414) 271-5770

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

The Court, having reviewed Flow's Motion for Leave to File Motion Under Seal, as well as Omax's submissions related thereto, grants the Motion.

Now, Therefore Flow International Corporation is granted leave to file its Motion to Compel Discovery and/or for *In Camera* Inspection of Documents Related to Flow's Laches Defense under seal, together with the supporting Declaration of David H. Binney. However, Omax shall advise Flow by Tuesday, May 29, 2007 as to whether those deposition designations are indeed confidential. If they remain confidential, Flow shall file a redacted motion that is a publicly accessible document. If they are no longer confidential, the original motion should be unsealed by the Court on Flow's motion.

DONE AND ORDERED in its chambers at the United States Courthouse, Seattle, Washington, this 24th day of May, 2007.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Presented by:

| By s/ George H. Solveson | By s/ David H. Binney |
|---|---|
| George H. Solveson | David H. Binney, WSBA #07576 |
| Aaron T. Olejniczak | Attorneys for Defendant/Counterclaimant |
| Attorneys for Defendant/Counterclaimant | FLOW INTERNATIONAL CORPORATION |
| FLOW INTERNATIONAL CORPORATION | Kirkpatrick & Lockhart |
| Andrus, Sceales, Starke & Sawall, LLP | Preston Gates Ellis, LLP |
| 100 East Wisconsin Avenue, Suite 1100 | 925 Fourth Avenue, Suite 2900 |
| Milwaukee, WI 53202 | Seattle, WA 98104-1158 |
| Telephone: (414) 271-7590 | Telephone: (206) 623-7580 |
| E-Mail: georges@andruslaw.com | Facsimile: (206) 623-7022 |
| | E-Mail: daveb@prestongates.com |

[PROPOSED] ORDER ON MOTION FOR
LEAVE TO FILE MOTION UNDER SEAL **- 1**
**Case No. CV 04-2334**

ANDRUS, SCEALES, STARKE & SAWALL, LLP
100 EAST WISCONSIN AVENUE
SUITE 1100
MILWAUKEE, WISCONSIN 53202-4178
TELEPHONE (414) 271-7590
FACSIMILE (414) 271-5770

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022