UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
OMAX CORPORATION,                      )
                                       )   No. C04-2334L
                    Plaintiff,         )
           v.                          )
                                       )   ORDER UNSEALING DOCKET # 266
FLOW INTERNATIONAL CORPORATION,        )   AND # 267
                                       )
                    Defendant.         )
_____)

This matter comes before the Court on Flow International Corporation's "Motion to Unseal Flow's Motion to Compel Discovery [Dkt. # 266] and the Declaration of David H. Binney in Support of the Motion to Compel [Dkt. # 267]." Dkt. # 270. Pursuant to the Court's order of May 29, 2007, Omax was to advise Flow if the depositions submitted as part of the motion to compel were, in fact, confidential. Dkt. # 268. Having failed to do so, the Court grants Flow's motion to unseal.

The Clerk of Court is hereby directed to unseal Dkt. # 266 and # 267.

Dated this 26th date of October, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER UNSEALING DOCKET # 266 AND # 267