UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAX CORPORATION,<br><br>  Plaintiff,<br>  v.<br><br>FLOW INTERNATIONAL CORPORATION,<br><br>  Defendant. | No. C04-2334RSL<br><br>ORDER SEALING DKT. # 320<br>AND REQUIRING REDACTED<br>VERSION |

It has come to the Court's attention that Dkt. # 320 includes source code information that is confidential and non-public. Because the confidential commercial information cannot be electronically separated from public materials, the Clerk of Court is directed to seal all parts of Dkt. # 320. The parties shall file a redacted version of the documents without seal within thirty days of the date of this Order.

Dated this 19th day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER SEALING DKT. # 320 AND
REQUIRING REDACTED VERSION