UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
OMAX CORPORATION,                  )
                                   )         No. C04-2334RSL
                 Plaintiff,        )
     v.                            )
                                   )         ORDER UNSEALING DKT. # 312
FLOW INTERNATIONAL CORPORATION,    )
                                   )
                 Defendant.        )
_____)

This matter comes before the Court on "Omax's Memorandum re Unsealing of Dkt. # 312." Dkt. # 466. Having reviewed the rebuttal expert report of David Trumper, Omax has concluded that the report is not sufficiently sensitive or revealing to warrant redaction. The Clerk of Court is therefore directed to unseal Dkt. # 312.

Dated this 14th day of December, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER UNSEALING DKT. # 312